AUSA: Nicholas McIntyre Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Austin Dawn Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Dquan Baldwin

Case No. Case: 2:26−mj−30597
Assigned To : Unassigned
Assign. Date : 9/24/2026
Description: CMP USA V. BALDWIN (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 23, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Austin Dawn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 24, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Austin Dawn, being first duly sworn, hereby state:

**INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since November 2023. I am currently assigned to the Gun Violence Task Force (GVTF), which was established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team. I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.

3. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, machinegun conversion devices, violent crimes, and controlled substances. I have participated in various aspects of criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. I am familiar with and have employed various

investigative methods, including electronic surveillance, visual surveillance, and search warrants.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. The ATF is currently conducting a criminal investigation concerning Dquan BALDWIN (DOB: XX/XX/1997) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of ammunition). Specifically, there is probable cause to believe that on September 23, 2026, in the Eastern District of Michigan, BALDWIN possessed Blazer 9mm ammunition.

**PROHIBITED STATUS**

6. I reviewed BALDWIN's computerized criminal history and observed the following felony convictions:

a. On February 27, 2015, in Michigan's 3rd Circuit Court pled guilty to felony weapons carrying concealed.

b. In 2021, in Michigan's 3rd Circuit Court, BALDWIN was charged with felon in possession of a firearm and carrying a concealed weapon. BALDWIN entered a plea of guilty to the charge of carrying a

concealed weapon and the felon in possession charge was dismissed. On January 31, 2023, was sentenced to a term of probation.

7. BALDWIN is currently a convicted felon and thus prohibited from possessing, purchasing, and manufacturing firearms and ammunition. Additionally, based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Also, BALDWIN was previously charged with being a felon in possession of a firearm. Therefore, there is probable cause to believe that BALDWIN is aware of his status as a convicted felon.

**ARREST**

8. On September 23, 2026, at approximately 10:00 a.m., a 911 caller reported that police were needed at ** Cadilac Street, in Pontiac, Michigan. The caller said that there was about to be a "fight to a murder." The caller reported that a person, later identified as BLADWIN, had a gun. During the call, the dispatcher heard a shot fired. The caller provided a brief description of the shooter. Seconds later, deputies arrived. Upon their arrival, BALDWIN fled the area. After a short foot pursuit in the back yard of XX Cadillac St into the yards of other residences, BALDWIN was arrested. Law enforcement found a live round of 9mm Blazer ammunition in BALDWIN's pocket. BALDWIN was transported to the OCSO Pontiac Substation and OCSO secured the shooting scene. OCSO Deputes recovered one Blazer 9mm fired cartridge casing from the driveway of XX Cadillac. The live

bullet in BALDWIN's pocket was the same brand as the fired cartridge casing found in the driveway. ATF and OCSO searched for the firearm, but the gun has not been recovered.

## INTERVIEWS

9. ATF task Force Officer Kyle Mountz interviewed the victim who said he observed BALDWIN brandish a firearm, rack the firearm on two separate occasions, and heard the gunshot but did not see BALDWIN shoot.

10. TFO Mountz and ATF TFO Dan Hedrick conducted a post Miranda interview with BALDWIN, who denied shooting or possessing a firearm. However, admitted to picking up the live ammunition that was in his pocket from the ground. Also, Special Agent Weston and I interviewed BALDWIN, where he stated he knew he was a felon and could not be around ammunition. BALDWIN said that he was on probation and bond, and was wearing a GPS tether at the time of his arrest.

11. Special Agent Weston and I interviewed a witness (MH) of the shooting incident. MH told agents they observed BALDWIN, in the driveway of XX Cadillac, brandishing a black pistol while talking to the victim, aim in the direction of the victim, and fire one gunshot.

## 911 CALL

12. I reviewed audio of the 911 call, initiated by the victim. In the audio, I recognized BALDWIN's voice as he argued with the victim and noted only 3 voices

were audible on the call- the 911 operator, the victim, and BALDWIN. While speaking to the 911 operator, the victim identified that BALDWIN had a gun, did not know who BALDWIN was but accurately described BALDWIN's attire and physical description, and the 911 operator identified they heard the gunshot. When asked by the 911 operator, the victim confirmed BALDWIN tried to kill him, specifically stating "Yeah! I'm about to get killed bitch…." . The victim ended the call by stating that BALDWIN was in the back yard and shot at him.

## INTERSTATE NEXUS

13. On September 23, 2026, I contacted ATF Interstate Nexus Expert, Special Agent Richard Counsins and provided an image of the 9mm Blazer FCC recovered from the shooting scene and the 9mm Blazer round of ammunition located in BALDWIN's pocket. SA Cousins concluded that the ammunition was manufactured outside the State of Michigan.

## CONCLUSION

14. There is probable cause to believe that Dquan BALDWIN knowingly committed violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of ammunition) within the Eastern District of Michigan on September 23, 2026.

Respectfully submitted,

Austin Dawn, Special Agent

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my

presence and/or by reliable electronic means

Hon. Kimberly G. Altman

United States Magistrate Judge

Dated: September 24, 2026